McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CA SBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| LENNA L. FLASH,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:18-cv-00482-JDP<br><br>JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE;<br>ORDER |

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant Commissioner of Social Security (Defendant), by and through their respective counsel of record, that the deadline for Defendant to respond to Plaintiff's Motion For Summary Judgment and/or to file any cross-motion thereto be extended by thirty (30) days. Plaintiff filed her brief on December 25, 2018 (Dkt. 16) after one extension (Dkt. 15). This is Defendant's second request for an extension.

There is good cause for this extension because Defendant is exploring the possibility of settlement with agency personnel to determine whether the agency can remand this case for further proceedings or payment.

The current due date for Defendant's motion is February 25, 2019. With the Court's approval, the new due date would be March 27, 2019. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated: February 20, 2019

Respectfully submitted,
*/s/ Jacqueline A. Forslund\**
JACQUELINE A. FORSLUND
Attorney for Plaintiff
*Authorized via e-mail on Feb. 20, 2019

Dated: February 20, 2019

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Ellinor R. Coder*
ELLINOR R. CODER
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

The court has reviewed the parties' February 20, 2019 stipulation and approves defendant's request for additional time to file her responsive brief. The court grants defendant an extension from February 25, 2019 to March 27, 2019 to file the responsive brief or a stipulated remand order. All remaining deadlines in the court's scheduling order are extended accordingly.

1 | IT IS SO ORDERED.
2 |
3 | Dated: ___February 22, 2019___  ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
4 |   UNITED STATES MAGISTRATE JUDGE