McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CA SBN 258258
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 977-8955
   Facsimile: (415) 744-0134
   E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| LENNA L. FLASH,<br><br>          Plaintiff,<br><br>vs.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>          Defendant. | Case No.: 1:18-cv-00482-JDP<br><br>JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE;<br>ORDER |

    IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant Commissioner of Social Security (Defendant), by and through their respective counsel of record, and subject to the Court's approval, that the deadline for Defendant to respond to Plaintiff's Motion For Summary Judgment and/or to file any cross-motion thereto be extended by thirty (30) days. Plaintiff filed her brief on December 25, 2018 (Dkt. 16) after one extension (Dkt. 15). This is Defendant's third request for an extension.

    There is good cause for this extension because Defendant is exploring the possibility of

settlement with agency personnel to determine whether the agency can remand this case for further proceedings or payment. However, Defendant has not yet received a reply from the relevant agency personnel, and reply is expected by April 9, 2019.

The current due date for Defendant's motion is March 27, 2019. With the Court's approval, the new due date would be April 26, 2019. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated: March 27, 2019

Respectfully submitted,
*/s/ Jacqueline A. Forslund\**
JACQUELINE A. FORSLUND
Attorney for Plaintiff
*Authorized via e-mail on Mar. 27, 2019

Dated: March 27, 2019

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ *Ellinor R. Coder*
ELLINOR R. CODER
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

The court has reviewed the parties' March 27, 2019 stipulation and approves defendant's request for additional time to file her responsive brief. The court grants defendant an extension from March 27, 2019 to April 26, 2019 to file the responsive brief or a stipulated remand order. All remaining deadlines in the court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   March 28, 2019                                       _____
                                                              UNITED STATES MAGISTRATE JUDGE