MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CA 230138
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CA 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LENNA L. FLASH,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:18-cv-00482-JDP<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Administrative Law Judge should further evaluate Plaintiff's prior and current claim in accordance with Social Security Acquiescence Ruling 97-4(9)). Specifically, revaluate whether there are changed circumstances from the prior hearing decision that affected the current hearing decision's residual functional capacity. In addition, vocational

STIPULATION TO REMAND

expert testimony should be obtained to determine if Plaintiff could perform her past relevant work at Step 4, considering Plaintiff's residual functional capacity (20 CFR 404.1565 and Social Security Ruling 82-62). If it is determined that Plaintiff could not perform her past relevant work, proceed to Step 5 of the sequential process, and determine if there is other work that the claimant could perform or if the claimant is disabled based on her vocational factors.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 1st day of May 2019.

        */s/ Jacqueline A. Forslund\**
        JACQUELINE A. FORSLUND
        Attorney for Plaintiff
        *\*Authorized by email on May 1, 2019*

        MCGREGOR W. SCOTT
        United States Attorney
        DEBORAH LEE STACHEL
        Regional Chief Counsel, Region IX
        Social Security Administration

By:    */s/ Ellinor R. Coder*
        ELLINOR R. CODER
        Special Assistant United States Attorney

        Attorneys for Defendant

## **ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

IT IS SO ORDERED.

Dated: May 6, 2019

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO REMAND